FILED

2026 Mar-19  PM 02:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

FILED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

TESEB 19 A 11:42

U.S. DISTRICT COURT
N.D. OF ALABAMA

Chad Chatman
_____
Plaintiff
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

Warden Mitchell
Lieutenant Roderick L Gadson
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

**I.      The Parties to this Complaint**

**A.      The Plaintiff**

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | Chad Chatman |
| All other names by which you have been known: | |
| ID Number | 299898 |
| Current Institution | Donaldson Correctional Facility |
| Address | 100 Warrior Lane |
| | Bessemer _____ Al _____ 35023-7299 |
| | *City* _____ *State* _____ *Zip Code* |

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Roderick L Gadson |
| Job or Title *(if known)* | Lieutenant |
| Shield Number | |
| Employer | St. Clair Correctional Facility |
| Address | |
| | Springville _____ Al _____ 35146 |
| | *City* _____ *State* _____ *Zip Code* |

☑ Individual Capacity          ☑ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | Warden Mitchell |
| Job or Title *(if known)* | Warden |
| Shield Number | |
| Employer | St. Clair Correctional Facility |
| Address | |
| | Springville _____ Al _____ 35146 |
| | *City* _____ *State* _____ *Zip Code* |

☑ Individual Capacity          ☑ Official Capacity

2

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

    ☐ Individual Capacity    ☐ Official Capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

    ☐ Individual Capacity    ☐ Official Capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Eighth Amendment Rights, which prohibits cruel and unusual punishment

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Lt. Roderick L Gadson was the arresting officer, and he failed to protect me from being attacked by inmate. Rhyaan Mose. My Eighth Amendment Rights were violated, which prohibits cruel and unusual punishment*

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other _____
   *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*St. Clair Correctional Facility, unit N2 Day room.*
*August 24, 2024  8:20 Am*

4

Section II D Basis for Jurisdiction

"Prison officials have a duty ... to protect prisoners from violence at the hands of other prisoners" under the Eighth Amendment. There was no rover in the unit, to moniter us inmates. This placed me in greater danger of being stabbed three times. Warden Mitchell Knew that there was a substantial risk of me and other inmates being injured, or Killed by there being no rover to moniter us inmates. Warden Mitchell is head of security at St. Clair Prison. Lieutenant Gadson Knew that there was a risk of me being stabbed also, especially with no rover in the unit. Lieutenant Gadson was the supervisor on duty when I was stabbed three times. I would have been less likely of being stabbed three times if a rover would have been present. I need the names of some nurses because I was deprived of my follow up medical treatment. This violated my Eighth Amendment rights that protect my right to get medical care.

C. What date and approximate time did the events giving rise to your claim(s) occur?

August 24, 2024  8:20 AM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Inmate Rhycian Mose attacked me with a Knife, stabbing me in the left temple once, my upper left lip once, and in my stomach all from his Knife. It was all recorded on camera.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail. I was stabbed in the left temple (my left eye blinks uncontrollably, sometimes I hear ticking noises inside my left ear, and I have a permanent Knot inside my upper left lip.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request compensatory damages concerning my physical injuries
I request punitive damages for the reckless, and callous in-difference concerning my rights to be free from danger of other inmates hurting me. My request for money damages is Eighty thousand dollars. $ 80,000.
This is a failure-to-protect claim regarding physical assault:
Injunctive Relief for officers to cover the units:
I have a right to be free from physical assault in prison
Each defendant named is in violation of the prison policy, by not having a guard to help secure the block.
Also, request a trail, and appointment of an Attorney to represent me.

Section V. Injuries

Right up to this day, there is a numbness on my upper left lip, I also have a knot inside my upper left lip too. After being stabbed in my left temple, I have been having problems with my hearing. I didn't have these physical problems before being stabbed three times. I was deprived of follow-up medical treatment, involving my injuries. This is a violation of my Eighth Amendment rights, because I was denied the proper medical care. I was subject to cruel and unusual punishment by getting stabbed three times. This caused me pain, suffering, and physical injury. It also has had a detrimental impact on my mental state. Under the Eighth Amendment, prison officials have a duty to protect prisoners from violence at the hands of other prisoners. There was no guard in the unit to protect me.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*St. Clair Correctional Facility*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_____

_____

6

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑  Yes

☐  No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐  Yes

☐  No

E.  If you did file a grievance:

1.  Where did you file the grievance?

*St. Clair Correctional Facility*

2.  What did you claim in your grievance?

*I was stabbed, and wrongfully locked up, and lost good time.*

3.  What was the result, if any?

*The results were that the officers used proper procedure*

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

_____

_____

_____

_____

_____

_____

_____

7

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:

       _____

    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

       _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    _____

    _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐  Yes

☑  No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____

_____

_____

_____

_____

8

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    ☐  Yes

    ☑  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)     _____

    Defendant(s)     _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐  Yes

    ☑  No

If no, give the approximate date of disposition.    _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

9

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff     *Chad G Chatman*

Prison Identification #     *299898*

Prison Address     *Donaldson Correctional Facility 100 Warrior Lane*
                   *Bessemer* _____ *Alabama* _____ *35023*
                      City          State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     _____
                      (Date)

_____
Signature of Plaintiff

10

Chad G Chatman
William Donaldson Correctional Facility
100 Warrior Lane
Bessemer Alabama 35203



SECURI
MAR 19 2026
U.S. DISTRICT COU
NORTHERN DISTRICT OF AL

United States District Court
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue Nort
Birmingham Alabama 35203